-o-

FILED
CLERK, U.S. DISTRICT COURT
NOV 30 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Jorge Ramirez Sanchez<br><br>    Defendant. | CR07-585 PA<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he can refrain from criminal conduct - see criminal history._

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will appear at court appearances & obey conditions. He is in US illegally & has no bail resources._

IT IS ORDERED that defendant be detained.

DATED: 11/30/09

*[signature]*
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2