

FILED
CLERK, U.S. DISTRICT COURT
SEP 5 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Jorge Sanchez-Ramirez

Defendant.

Case No. CR 07-585 PA

ORDER OF DETENTION AFTER HEARING
(Fed.R.Crim.P. 32.1(a)(6)
18 U.S.C. § 3143(a)
Allegations of Violations of Probation/Supervised Release Conditions)

On arrest warrant issued by the United States District Court for the CDCA involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

A. (✓) the appearance of defendant as required; and/or

B. (✓) the safety of any person or the community.

///

///

///

///

///

2. The Court concludes:

A. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

______________________________
______________________________
______________________________
______________________________
______________________________

B. (✓) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: ______________________________
______________________________
______________________________
______________________________
______________________________

IT IS ORDERED that defendant be detained.

DATED: 9/5/14

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge